IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CLINT W. ROBINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On July 23, 2009, the defendant appeared in person with his attorney, John Aman.  The United States was represented by Sara E. Fullerton, Assistant United States Attorney.  Defendant admits he violated Special Condition #1 of his terms and conditions of supervised release.  The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 130).  The disposition hearing was held on July 23, 2009.

     IT IS ORDERED: Defendant's term of supervised release is not revoked but is extended until July 18, 2010, on the same terms and conditions of supervised release with the additional condition that the defendant shall attend and successfully complete Probation's "cognitive thinking group" program.

     DATED this 24th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge